UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOANNE REALFFE

    Plaintiff

v.                                                Case No. 6:23-cv-47-WWB-EJK

MAGICAL CRUISE COMPANY, LIMITED
d/b/a Disney Cruise Line

    Defendant.
_____/

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Federal Rule Civil Procedure 6(b), defendant Magical Cruise Company Limited d/b/a Disney Cruise Line ("DCL") respectfully requests this District Court extend by 14 days the deadline for serving and filing DCL's Answer and Affirmative Defenses until Wednesday, March 22, 2023.

## MEMORANDUM OF LAW

1. On February 15, 2023, Mr. Realffe served DCL with the Complaint. (Dkt. #1.) Federal Rule of Civil Procedure 12(a) requires DCL to serve its Answer and Affirmative Defenses to the Complaint on or before Wednesday, March 8, 2023.

2. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), this Court may, for good cause shown, extend the time to answer a complaint if the motion is made before the deadline expires. Fed. R. Civ. P. 6(b)(1)(A). The current deadline has not expired.

3. Lau, Lane, Pieper Conley & McCreadie, P.A. ("Lau Lane") is the law firm that has been assigned by DCL to represent it in this lawsuit. As Lau Lane was recently assigned

to the case, Lau Lane and DCL will require additional time to gather information and prepare its Answer and Affirmative Defenses to the Complaint.

4. Good cause exists for extending the time for DCL to serve and file its Answer and Affirmative Defenses.

5. DCL requests the District Court extend the time for DCL to serve and file its Answer and Affirmative Defenses to Wednesday, March 22, 2023.

6. Ms. Realffe does not oppose the relief sought in this Motion.

**WHEREFORE**, Defendants respectfully request this District Court extend the deadline for serving and filing DCL's answer and Affirmative Defenses to Wednesday, March 22, 2023.

                                           **s/ Elbert L. Martin, IV**
                                           ELBERT L. MARTIN, IV
                                           Florida Bar No. 98010
                                           DAVID W. McCREADIE
                                           Florida Bar No. 308269
                                           LAU, LANE, PIEPER, CONLEY,
                                           & McCREADIE, P.A.
                                           100 South Ashley Drive, Suite 1650
                                           Tampa, Florida 33602
                                           E:emartin@laulane.com
                                           T: (813) 229-2121
                                           F (813) 228-7710
                                           Attorneys for the Defendant

## LOCAL RULE 3.01(g) CERTIFICATE OF COMPLIANCE

Per Local Rule 3.01(g), we confirm that we conferred with counsel for the plaintiff, who does not oppose the relief sought in this motion.

**s/ Elbert L. Martin, IV**
ELBERT L. MARTIN, IV
Florida Bar No. 98010

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 7, 2023 the foregoing was filed with the Clerk of Court using the CM/ECF system.

**s/ Elbert L. Martin, IV**
ELBERT L. MARTIN, IV
Florida Bar No. 98010
