**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOANNE REALFFE,

        Plaintiff,

v.                                    Case No.: 6:23-cv-47-WWB-EJK

MAGICAL CRUISE COMPANY, LTD.,

        Defendant.

_____

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation Dismissing Lawsuit With Prejudice (Doc. 20), filed January 26, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on January 29, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record